UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MECA MONA BARNES,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:23-cv-461

HON. JANE M. BECKERING

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation and proposed order for attorney fees under the Equal Access to Justice Act (ECF No. 15).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 16) on March 28, 2024, recommending that this Court approve the stipulation.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Stipulation for attorney fees under the Equal Access to Justice Act (ECF No. 15) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff $7,865.90 in attorney fees and expenses, and that such payment be made directly to Plaintiff's attorney, if Plaintiff has agreed to assign her rights to EAJA fees to her attorney and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: April 12, 2024

       /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge